O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAMON D. CAMACHO, | ) | CASE NO. CV 09-05527 RSWL (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DELA ROSA, Director of Institutional | ) | |
| Facility, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter came before the Court on the Petition of RAMON D. CAMACHO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 7, 2010

RONALD S.W. LEW

_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE